11/24/11 2:29PM

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Southern District of Florida

In re **Leslie Howard Roberts, Jr.,**
**Silvia Castro Roberts**, Debtors

Case No. **11-39825**

Chapter **7**

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 989,100.00 | | |
| B - Personal Property | Yes | 4 | 62,175.41 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | 986,078.80 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 7 | | 1,420,128.08 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 6,980.33 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 7,004.05 |
| Total Number of Sheets of ALL Schedules | | 21 | | | |
| | | Total Assets | 1,051,275.41 | | |
| | | | Total Liabilities | 2,406,206.88 | |

11/24/11 2:29PM

**Form 6 - Statistical Summary (12/07)**

# United States Bankruptcy Court
## Southern District of Florida

In re **Leslie Howard Roberts, Jr., Silvia Castro Roberts**, Debtors

Case No. **11-39825**

Chapter **7**

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Student Loan Obligations (from Schedule F) | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 0.00 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | 6,980.33 |
| Average Expenses (from Schedule J, Line 18) | 7,004.05 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | 6,980.33 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 203,723.35 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 0.00 |
| 4. Total from Schedule F | | 1,420,128.08 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 1,623,851.43 |

**B6A (Official Form 6A) (12/07)**

In re **Leslie Howard Roberts, Jr.,**
**Silvia Castro Roberts**
Debtors

Case No. **11-39825**

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Surrendering 1B/1.5B investment property located at 5700 Collins Ave Apt 6K, Miami Beach, FL 33140**<br><br>**Legal: SEACOAST 5700 CONDO UNIT 6K UNDIV 0.46154 % INT IN COMMON ELEMENTS OFF REC 16778-0004 OR 21026-514 02 2003 1**<br>**Folio: 02-3211-065-1210**<br><br>**Date Acquired: 2006** | **Fee simple** | **W** | **218,800.00** | **318,652.32** |
| **2B/2.5B Homestead property located at 5959 Collins Ave, Apt 908, Miami Beach, FL 33140**<br><br>**Legal: THE RESIDENCES AT THE BATH CLUB CONDO UNIT 908 UNDIV 0.495384391229% INT IN COMMON ELEMENTS OFF REC 23873-0015**<br>**Folio: 02-3214-030-1020**<br><br>**Date Acquired: June 2008** | **Fee simple** | **J** | **770,300.00** | **506,000.00** |

Sub-Total > **989,100.00** (Total of this page)

Total > **989,100.00**

(Report also on Summary of Schedules)

**0** continuation sheets attached to the Schedule of Real Property

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com 

B6B (Official Form 6B) (12/07)

In re **Leslie Howard Roberts, Jr.,**
**Silvia Castro Roberts**
Debtors

Case No. **11-39825**

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| | Type of Property | NONE | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | X | | | |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Citibank Business Checking 3304** | J | **1,114.96** |
| | | | **TD Bank Business Checking 6532 Negative Balance of $183.22** | J | **0.00** |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | | **Bed $100; Bed $75; Dresser $75; Nightstand $25; Nightstand $25; Computer Desk $35; 2000 yr model cptr $50; sofa $300; Dining Table and Chairs $150; Mirror $50; Buffet $125; Coffee Table $50; 2004 30"TV $75; 2006 50" TV $150; Tall Dresser $75; Wooded Chair $15; 2 Lamps $30; Patio Chair $50; Patio Sofa $100; Pots/Pans $10; Cups/Plates/Silverware $20; Towels/Linens $10** | J | **1,645.00** |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. | Wearing apparel. | X | | | |
| 7. | Furs and jewelry. | | **Mens Wedding Band $100; Womans Wedding Band $100; Necklace $125; Costume Jewelry $50** | J | **375.00** |
| 8. | Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. | Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |

Sub-Total > **3,134.96**
(Total of this page)

**3** continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

In re **Leslie Howard Roberts, Jr., Silvia Castro Roberts**, Debtors

Case No. **11-39825**

# SCHEDULE B - PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **Paintings owned worth $3,751. 95% of paintings in gallery are on consignment with consignment agreements signed and posted in the gallery. Artists can take back at any time. Max in the Grove gets 50% of any painting sold. Max profit would be $29,557. Changes daily.** | **J** | **33,308.00** |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | | **Ameritrade Account** | **J** | **1,485.00** |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

Sub-Total > **34,793.00**
(Total of this page)

Sheet **1** of **3** continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

B6B (Official Form 6B) (12/07) - Cont.

In re **Leslie Howard Roberts, Jr.,**
**Silvia Castro Roberts**
Debtors

Case No. **11-39825**

# SCHEDULE B - PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | NONE | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2008 Porche Cayenne**<br>**VIN WP1AA29P98LA28403**<br>**Approx 50,000 Miles** | **J** | **24,247.45** |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |

Sub-Total > **24,247.45**
(Total of this page)

Sheet **2** of **3** continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com Best Case Bankruptcy

11/24/11 2:29PM

B6B (Official Form 6B) (12/07) - Cont.

In re **Leslie Howard Roberts, Jr., Silvia Castro Roberts**, Debtors

Case No. **11-39825**

# SCHEDULE B - PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

| | |
|---|---|
| Sub-Total > (Total of this page) | **0.00** |
| Total > | **62,175.41** |

Sheet **3** of **3** continuation sheets attached to the Schedule of Personal Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

11/24/11 2:29PM

B6C (Official Form 6C) (4/10)

In re **Leslie Howard Roberts, Jr.,**
**Silvia Castro Roberts**

Debtors

Case No. **11-39825**

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)
☐ 11 U.S.C. §522(b)(2)
■ 11 U.S.C. §522(b)(3)

■ Check if debtor claims a homestead exemption that exceeds $146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.)*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** | | | |
| **2B/2.5B Homestead property located at 5959 Collins Ave, Apt 908, Miami Beach, FL 33140**<br><br>**Legal: THE RESIDENCES AT THE BATH CLUB CONDO UNIT 908 UNDIV 0.495384391229% INT IN COMMON ELEMENTS OFF REC 23873-0015**<br>**Folio: 02-3214-030-1020**<br><br>**Date Acquired: June 2008** | **Fla. Const. art. X, § 4(a)(1); Fla. Stat. Ann. §§ 222.01 & 222.02** | **264,300.00** | **770,300.00** |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **Citibank Business Checking 3304** | **Fla. Const. art. X, § 4(a)(2)** | **1,114.96** | **1,114.96** |
| **Household Goods and Furnishings** | | | |
| **Bed $100; Bed $75; Dresser $75; Nightstand $25; Nightstand $25; Computer Desk $35; 2000 yr model cptr $50; sofa $300; Dining Table and Chairs $150; Mirror $50; Buffet $125; Coffee Table $50; 2004 30"TV $75; 2006 50" TV $150; Tall Dresser $75; Wooded Chair $15; 2 Lamps $30; Patio Chair $50; Patio Sofa $100; Pots/Pans $10; Cups/Plates/Silverware $20; Towels/Linens $10** | **Fla. Const. art. X, § 4(a)(2)** | **885.04** | **1,645.00** |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| **2008 Porche Cayenne**<br>**VIN WP1AA29P98LA28403**<br>**Approx 50,000 Miles** | **Fla. Stat. Ann. § 222.25(1)** | **0.00** | **24,247.45** |
| | Total: | **266,300.00** | **797,307.41** |

**0** continuation sheets attached to Schedule of Property Claimed as Exempt

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com 

11/24/11 2:29PM

B6D (Official Form 6D) (12/07)

In re **Leslie Howard Roberts, Jr., Silvia Castro Roberts**, Debtors

Case No. **11-39825**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **1205316540**<br><br>**Americas Servicing Co**<br>**POB 10328**<br>**Des Moines, IA 50306** | | J | **2008**<br>**First Mortgage**<br>**Surrendering 1B/1.5B investment property located at 5700 Collins Ave Apt 6K, Miami Beach, FL 33140**<br>**Legal: SEACOAST 5700 CONDO UNIT 6K UNDIV 0.46154 % INT IN COMMON ELEMENTS OFF REC 16778-0004 OR**<br>Value $ **218,800.00** | | | | **299,698.32** | **80,898.32** |
| Account No. **1800000 481266008xxxx**<br><br>**Firstbank Florida**<br>**9795 S Dixie Hwy**<br>**Miami, FL 33156** | | J | **June 2008**<br>**First Mortgage**<br>**2B/2.5B Homestead property located at 5959 Collins Ave, Apt 908, Miami Beach, FL 33140**<br>**Legal: THE RESIDENCES AT THE BATH CLUB CONDO UNIT 908 UNDIV 0.495384391229% INT IN COMMON**<br>Value $ **770,300.00** | | | | **506,000.00** | **0.00** |
| Account No. **300001 7398559**<br><br>**Santander Consumer USA**<br>**POB 961245**<br>**Fort Worth, TX 76161** | | J | **2011**<br><br>**Purchase Money Security**<br><br>**2008 Porche Cayenne**<br>**VIN WP1AA29P98LA28403**<br>**Approx 50,000 Miles**<br>Value $ **24,247.45** | | | | **29,527.50** | **5,280.05** |
| Account No. **277 0009451311**<br><br>**Select Portfolio Servicing**<br>**3815 S West Temple Ste 2000**<br>**Salt Lake City, UT 84115** | | J | **2006**<br>**Second Mortgage**<br>**Surrendering 1B/1.5B investment property located at 5700 Collins Ave Apt 6K, Miami Beach, FL 33140**<br>**Legal: SEACOAST 5700 CONDO UNIT 6K UNDIV 0.46154 % INT IN COMMON ELEMENTS OFF REC 16778-0004 OR**<br>Value $ **218,800.00** | | | | **18,954.00** | **18,954.00** |
| **1** continuation sheets attached | | | Subtotal (Total of this page) | | | | **854,179.82** | **105,132.37** |

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com 

11/24/11 2:29PM

B6D (Official Form 6D) (12/07) - Cont.

In re **Leslie Howard Roberts, Jr.,**
**Silvia Castro Roberts**
Debtors

Case No. **11-39825**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **Max in Grove**<br>**Sunny Investments, Inc**<br>**2980 McFarlane Rd**<br>**Miami, FL 33133** | | **J** | **2011**<br>**Promisory Note**<br>**Paintings owned worth $3,751. 95% of paintings in gallery are on consignment with consignment agreements signed and posted in the gallery. Artists can take back at any time. Max in the Grove gets 50% of any painting sold. Max**<br>Value $ **33,308.00** | | | | **40,000.00** | **6,692.00** |
| Account No. **Max in the Grove**<br>**Sunny Investments, Inc**<br>**2980 McFarlane Rd, Suite 201**<br>**Coconut Grove, FL 33133** | | **J** | **2011**<br>**Rents Due for Business**<br>**Paintings owned worth $3,751. 95% of paintings in gallery are on consignment with consignment agreements signed and posted in the gallery. Artists can take back at any time. Max in the Grove gets 50% of any painting sold. Max**<br>Value $ **33,308.00** | | | | **91,898.98** | **91,898.98** |
| Account No. | | | Value $ | | | | | |
| Account No. | | | Value $ | | | | | |
| Account No. | | | Value $ | | | | | |

Sheet **1** of **1** continuation sheets attached to Schedule of Creditors Holding Secured Claims

| | Amount of claim | Unsecured portion |
|---|---|---|
| Subtotal (Total of this page) | **131,898.98** | **98,590.98** |
| Total (Report on Summary of Schedules) | **986,078.80** | **203,723.35** |

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com 

11/24/11 2:29PM

**B6E (Official Form 6E) (4/10)**

.

In re **Leslie Howard Roberts, Jr., Silvia Castro Roberts**, Debtors — Case No. **11-39825**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* *Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

**1** continuation sheets attached

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com 

11/24/11 2:29PM

B6E (Official Form 6E) (4/10) - Cont.

In re **Leslie Howard Roberts, Jr., Silvia Castro Roberts**, Debtors

Case No. **11-39825**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

**Taxes and Certain Other Debts Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **8039 & 7771**<br>**IRS**<br>**POB 7346**<br>**Philadelphia, PA 19101** | | **J** | **Notice Only** | | | | **0.00** | **0.00**<br>**0.00** |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

Sheet **1** of **1** continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims

| | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|
| Subtotal (Total of this page) | **0.00** | **0.00**<br>**0.00** |
| Total (Report on Summary of Schedules) | **0.00** | **0.00**<br>**0.00** |

B6F (Official Form 6F) (12/07)

In re **Leslie Howard Roberts, Jr., Silvia Castro Roberts**, Debtors — Case No. **11-39825**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **1205316540**<br>**America's Servicing Co**<br>**POB 1820**<br>**Newark, NJ 07101** | | **J** | **2009**<br>**Potential liability for deficinecy plus costs, fees, and interest** | | | | **Unknown** |
| Account No. **xx81002**<br>**American Express**<br>**POB 981537**<br>**El Paso, TX 79998** | | **J** | **2009**<br>**Credit Card** | | | | **Unknown** |
| Account No. **0-51007**<br>**American Express**<br>**PO Box 981535**<br>**El Paso, TX 79998** | | **J** | **2005**<br>**Credit Card. 3499905529102693** | | | | **33,502.75** |
| Account No. **1927041502361251**<br>**BA Merchant Services**<br>**Attn Susan Vance KY6-200-01-32**<br>**1231 Durrett Lane**<br>**Louisville, KY 40213** | | **J** | **2010**<br>**Collections** | | | | **6,777.40** |

**6** continuation sheets attached

Subtotal (Total of this page) **40,280.15**

B6F (Official Form 6F) (12/07) - Cont.

In re **Leslie Howard Roberts, Jr., Silvia Castro Roberts**, Debtors

Case No. **11-39825**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **4888-9319-9136-8015**<br>**Bank of America**<br>**PO Box 15025**<br>**Wilmington, DE 19850-5026** | | **J** | **2006**<br>**Credit card** | | | | **4,800.00** |
| Account No. **4888-9390-1485-3616**<br>**Bank of America**<br>**PO Box 15026**<br>**Wilmington, DE 19850-5026** | | **J** | **2008**<br>**Credit Card. Collectcrop Ref# BAM 71-074384316. account 4888939999607748** | | | | **10,700.00** |
| Account No. **4888-9380-2303-9621**<br>**Bank of America**<br>**PO Box 15026**<br>**Wilmington, DE 19850-5026** | | **J** | **2004**<br>**Credit Card. NCO Financial HKW939. Account 4888938997137096. ARS number 23310589** | | | | **5,959.58** |
| Account No. **5452-1000-0053-0337**<br>**Barclays Bank Delaware**<br>**POB 8803**<br>**Wilmington, DE 19899** | | **J** | **2006**<br>**Credit Card** | | | | **16,340.00** |
| Account No. **411507821519xxxx**<br>**Capital One**<br>**POB 30281**<br>**Salt Lake City, UT 84130** | | **J** | **2004**<br>**Credit Card** | | | | **1,171.00** |

Sheet no. **1** of **6** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **38,970.58**

B6F (Official Form 6F) (12/07) - Cont.

In re **Leslie Howard Roberts, Jr., Silvia Castro Roberts**, Debtors

Case No. **11-39825**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **540979240073xxxx**<br>**Chase Bank USA**<br>**800 Brooksedge Blvd**<br>**Westerville, OH 43081** | | **J** | **2001**<br>**Credit card** | | | | **26,500.00** |
| Account No. **5179-4564-3001-8505**<br>**Chase Bank USA**<br>**800 Brooksedge Blvd**<br>**Westerville, OH 43081** | | **J** | **2004**<br>**Credit Card. MRS1895700** | | | | **1,332.00** |
| Account No. **5424-1807-7069-5366**<br>**Citi Cards**<br>**POB 182564**<br>**Columbus, OH 43218-2564** | | **J** | **Credit Card** | | | | **6,800.00** |
| Account No. **5466-1601-1766-4548**<br>**Citi Cards/Citibank**<br>**POB 6500**<br>**Sioux Falls, SD 57117** | | **J** | **2005**<br>**Credit Card** | | | | **4,510.00** |
| Account No. **334174540883**<br>**Citi Merchant Services**<br>**POB 17548**<br>**Denver, CO 80217** | | **J** | **2010**<br>**Personal liability for Business Debt plus fees, costs and interest for Coral Gables Art Gallery** | | | | **80,750.61** |

Sheet no. **2** of **6** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **119,892.61**

In re **Leslie Howard Roberts, Jr., Silvia Castro Roberts**, Debtors

Case No. **11-39825**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **334174540883**<br>**Citi Merchant Services**<br>**5251 Westheimer Rd**<br>**Houston, TX 77056** | | **J** | **2010**<br>**Potential personal liability of Coral Gables Gallery** | | | | **3,162.34** |
| Account No. **0374350017455178**<br>**Citibank**<br>**POB 6241**<br>**Sioux Falls, SD 57117** | | **J** | **2008**<br>**Credit card. Zakheim 300501394** | | | | **17,408.14** |
| Account No. **41812174**<br>**Credit Managment**<br>**4200 International Pkwy**<br>**Carrollton, TX 75007** | | **J** | **2009**<br>**Collections Brighthouse Networks** | | | | **175.00** |
| Account No. **Case 2009-85305-CA03**<br>**Douglas C Zahm, PA**<br>**c/o Peter E Lanning, Esq**<br>**12425 28th St N , Suite 200**<br>**Saint Petersburg, FL 33716** | | **J** | **2010**<br>**US Bank Nat Ass, as trustee for CSMC ARMT 2006-3 vs Silvia Castro, et al; In the Cir Ct of the 11th Jud Cir for Miami-Dade County, FL, plus costs, interests and fees for potential deficiency** | | | | **Unknown** |
| Account No. **Case No: 2011-09379-CA-09**<br>**Ehrenstein Charbonneau Calderin**<br>**Christoper Spuches, Esq**<br>**501 Brickell Key Dr**<br>**Suite 300**<br>**Miami, FL 33131** | | **J** | **2010**<br>**PMAT Cocowalk, LLC vs Coral Gables Galleries, Inc, Leslie H Roberts, Silvia H Castro Roberts, et al;Case2011-09379CA09; In the Cir Ct 11 Jud CirMiami Dade County, FL; personal liability for business lease plus cost fees & interest** | | | | **288,377.99** |

Sheet no. **3** of **6** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page): **309,123.47**

11/24/11 2:29PM

B6F (Official Form 6F) (12/07) - Cont.

In re **Leslie Howard Roberts, Jr.,**
**Silvia Castro Roberts**

Debtors

Case No. **11-39825**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **545800010207xxxx**<br>**HSBC Bank Nevada**<br>**POB 5253**<br>**Carol Stream, IL 60197** | | **J** | **1998**<br>**Credit Card** | | | | **14,826.00** |
| Account No. **Case 1000060925**<br>**Leon Hirzel**<br>**Miami Tower**<br>**100 SE 2nd St Suite 2700**<br>**Miami, FL 33131** | | **J** | **2010**<br>**Fred Sampson vs Les Roberts; In the Cir Ct of the St of Oregon for Multnomah County plus costs, fees and interest** | | | | **8,000.00** |
| Account No. **1850xxxx**<br>**Litton Loan Servicing LP**<br>**4828 Loop Central Drive**<br>**Houston, TX 77081** | | **J** | **2006**<br>**Potential deficiency for short sale of property located at 5055 Collins Ave, Apt 7A, Miami Beach, FL 33140** | | | | **170,000.00** |
| Account No. **Case 08-CC-19557**<br>**Marcadis & Associates, PA**<br>**c/o Jason Barlow, Esq**<br>**5104 S Westshore Blvd**<br>**Tampa, FL 33611** | | **J** | **2011**<br>**Kenworth of Dothan, Inc vs Trans World Ocean Freight, LLC and Les Roberts aka Leslie H Roberts, Jr; In the County Ct 9 Jud Cir Orange County, FL personal liab for business debt plus costs, fees and interest** | | | | **10,000.00** |
| Account No. **2005333690783670668**<br>**Nco Fin/09**<br>**507 Prudential Rd**<br>**Horsham, PA 19044** | | **J** | **Credit. NCO Account A89916** | | | | **15,000.00** |

Sheet no. **4** of **6** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **217,826.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Leslie Howard Roberts, Jr., Silvia Castro Roberts**, Debtors

Case No. **11-39825**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **2163657482284374665**<br><br>**NCO Financial Systems**<br>**POB 15283**<br>**Wilmington, DE 19850** | | **J** | **2010**<br>**Collections Pay Pal. NCO B03788. Funds used for consturciton buldout of business space in leased premesis. Shell only lease.** | | | | **102,459.88** |
| Account No. **IXxxxx**<br><br>**Pinnacle Credit Services**<br>**7900 Highway 7 #100**<br>**Minneapolis, MN 55426** | | **J** | **2010**<br>**Credit card Collections Chase Wamu** | | | | **24,584.00** |
| Account No. **4146-8501-0051-1133**<br><br>**Providian**<br>**POB 9023**<br>**Pleasanton, CA 94566** | | **J** | **Credit Card collections. MCM acct 8532535671** | | | | **14,037.39** |
| Account No. **529907309229xxxx 0063785662**<br><br>**Regions/AM**<br>**POB 11007**<br>**Birmingham, AL 35288** | | **J** | **2005**<br>**Potential liability for home equity line of credit 3rd motgage for property located at 1713 Alvarado Ct, Longwood, FL 32779** | | | | **525,000.00** |
| Account No. **277000945xxxx**<br><br>**Select Portfolio Servicing**<br>**3815 S West Temple Ste 2000**<br>**Salt Lake City, UT 84115** | | **J** | **2006**<br>**Potential deficiency from surrender of property located at 5700 Collins Ave, Apt 6k, Miami Beach, FL 33140** | | | | **18,954.00** |

Sheet no. **5** of **6** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page): **685,035.27**

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com 

B6F (Official Form 6F) (12/07) - Cont.

In re **Leslie Howard Roberts, Jr., Silvia Castro Roberts**, Debtors

Case No. **11-39825**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Sunny Investments<br>2980 McFarlane Rd<br>Miami, FL 33133** | | **J** | **2009<br>Personal liability for business debt, back rents, plus costs, fees and interest for Max in the Grove, LLC and European Fashions located at 2996 McFarlane Road, Coconut Grove, FL 33133** | | | | **Unknown** |
| Account No.<br><br>**Zakheim & Associates<br>1045 S University Dr Ste 202<br>Plantation, FL 33324** | | **J** | | | | | **0.00** |
| Account No.<br><br>**Zarco Einhorn Salkowski & Brito<br>Kaari Gagnon<br>Miami Tower<br>100 SE 2nd St, Suite 2700<br>Miami, FL 33131** | | **J** | **Personal liability for business debt with Romero Britto and Britto Central plus costs, fees and interest** | | | | **9,000.00** |
| Account No. **Case 10-19461-CC05 100016449S**<br><br>**Zarco Einhorn Salkowski & Brito PA<br>c/o Leon Hirzel, Esq<br>Miami Tower<br>100 SE 2nd St, Suite 2700<br>Miami, FL 33131** | | **J** | **2011<br>Fred Sampson vs Silvia Castro; Case 10-19461-CC-05; In the County Ct Miami Dade, FL; and Case 100016449S Cir Ct Mutnomah County, Oregon, plus costs fees and interest** | | | | **Unknown** |
| Account No. | | | | | | | |

Sheet no. **6** of **6** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page): **9,000.00**

Total (Report on Summary of Schedules): **1,420,128.08**

B6G (Official Form 6G) (12/07)

In re **Leslie Howard Roberts, Jr.,**
**Silvia Castro Roberts**
Debtors

Case No. **11-39825**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Sunny Investments**<br>**2980 McFarlane Rd**<br>**Miami, FL 33133** | **Release personal liability for business lease of Max in the Grove. $8700 per month. $90,000 Plus behind in rent** |

**0** continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com 

**B6H (Official Form 6H) (12/07)**

In re **Leslie Howard Roberts, Jr., Silvia Castro Roberts**, Debtors

Case No. **11-39825**

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|

**0** continuation sheets attached to Schedule of Codebtors

11/24/11 2:30PM

B6I (Official Form 6I) (12/07)

In re Leslie Howard Roberts, Jr.
Silvia Castro Roberts

Debtor(s)

Case No. 11-39825

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP(S): | AGE(S): |
| Married | None. | |

| **Employment:** | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | Art Broker | Unemployed |
| Name of Employer | Max in the Grove | Unemployed |
| How long employed | 12 yrs | |
| Address of Employer | 2996 McFarlane Rd<br>Coconut Grove, FL 33133 | |

| INCOME: (Estimate of average or projected monthly income at time case filed) | DEBTOR | SPOUSE |
|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ 6,980.33 | $ 0.00 |
| 2. Estimate monthly overtime | $ 0.00 | $ 0.00 |
| 3. SUBTOTAL | $ 6,980.33 | $ 0.00 |
| 4. LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | $ 0.00 | $ 0.00 |
| b. Insurance | $ 0.00 | $ 0.00 |
| c. Union dues | $ 0.00 | $ 0.00 |
| d. Other (Specify): | $ 0.00 | $ 0.00 |
| | $ 0.00 | $ 0.00 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ 0.00 | $ 0.00 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ 6,980.33 | $ 0.00 |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ 0.00 | $ 0.00 |
| 8. Income from real property | $ 0.00 | $ 0.00 |
| 9. Interest and dividends | $ 0.00 | $ 0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ 0.00 | $ 0.00 |
| 11. Social security or government assistance<br>(Specify): | $ 0.00 | $ 0.00 |
| | $ 0.00 | $ 0.00 |
| 12. Pension or retirement income | $ 0.00 | $ 0.00 |
| 13. Other monthly income<br>(Specify): | $ 0.00 | $ 0.00 |
| | $ 0.00 | $ 0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ 0.00 | $ 0.00 |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ 6,980.33 | $ 0.00 |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | $ 6,980.33 | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

11/24/11 2:30PM

B6J (Official Form 6J) (12/07)

In re **Leslie Howard Roberts, Jr.**
**Silvia Castro Roberts**
Debtor(s)

Case No. **11-39825**

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 4,181.35 |
| a. Are real estate taxes included? Yes ___ No **X** | | |
| b. Is property insurance included? Yes ___ No **X** | | |
| 2. Utilities: a. Electricity and heating fuel | $ | 0.00 |
| b. Water and sewer | $ | 0.00 |
| c. Telephone | $ | 209.99 |
| d. Other **Cable** | $ | 89.90 |
| 3. Home maintenance (repairs and upkeep) | $ | 0.00 |
| 4. Food | $ | 300.00 |
| 5. Clothing | $ | 0.00 |
| 6. Laundry and dry cleaning | $ | 0.00 |
| 7. Medical and dental expenses | $ | 0.00 |
| 8. Transportation (not including car payments) | $ | 100.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 0.00 |
| 10. Charitable contributions | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
| a. Homeowner's or renter's | $ | 0.00 |
| b. Life | $ | 0.00 |
| c. Health | $ | 0.00 |
| d. Auto | $ | 138.44 |
| e. Other | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) (Specify) | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
| a. Auto | $ | 759.71 |
| b. Other | $ | 0.00 |
| c. Other | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other **HOA Homestead** | $ | 1,224.66 |
| Other | $ | 0.00 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 7,004.05 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

| | | |
|---|---|---|
| 20. STATEMENT OF MONTHLY NET INCOME | | |
| a. Average monthly income from Line 15 of Schedule I | $ | 6,980.33 |
| b. Average monthly expenses from Line 18 above | $ | 7,004.05 |
| c. Monthly net income (a. minus b.) | $ | -23.72 |

**B6 Declaration (Official Form 6 - Declaration). (12/07)**

# United States Bankruptcy Court
## Southern District of Florida

In re **Leslie Howard Roberts, Jr.**
**Silvia Castro Roberts**
Debtor(s)

Case No. **11-39825**
Chapter **7**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of **23** sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date **November 24, 2011** Signature **/s/ Leslie Howard Roberts, Jr.**
**Leslie Howard Roberts, Jr.**
Debtor

Date **November 24, 2011** Signature **/s/ Silvia Castro Roberts**
**Silvia Castro Roberts**
Joint Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (04/10)

# United States Bankruptcy Court
## Southern District of Florida

In re **Leslie Howard Roberts, Jr.**
**Silvia Castro Roberts**
Debtor(s)

Case No. **11-39825**
Chapter **7**

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$62,000.00** | **2011 YTD: Both Employment Income** |
| **$110,442.00** | **2010: Both Employment Income** |
| **$139,725.00** | **2009: Both Employment Income** |

**2. Income other than from employment or operation of business**

None ■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|

**3. Payments to creditors**

None ☐

***Complete a. or b., as appropriate, and c.***

a. *Individual or joint debtor(s) with primarily consumer debts.* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Santander Consumer USA<br>8585 N Stemmons Fwy Ste 11<br>Dallas, TX 75247** | **Monthly car note** | **$759.00** | **$0.00** |
| **Firstbank Florida<br>9795 S Dixie Hwy<br>Miami, FL 33156** | **Monthly Mortgage $4181** | **$4,181.00** | **$0.00** |
| **HOA** | **Monthly HOA** | **$1,224.00** | **$0.00** |

None ■

b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None ■

c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☐ a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **PMAT Cocowalk, LLC v Coral Gables Galleries, Inc, a FL corporation, Leslie H Roberts, and Silvia H Castro Roberts, et al Case No: 2011-09379-CA-09** | **Business Lease** | **In the Circuit Court for the 11th Judical Circuit in and for Miami-Dade County, FL** | **Final Summary Judgment** |
| **Fred Sampson vs Les Roberts Case 1000060925**<br><br>**Recorded Miami Dade Case 10 17198CC05** | **Judgment Creditor** | **In the Circuit Court of the State of Oregon For Multnomah County, Small Claims Dept, 1021 SW 4th Ave, Room 210, Portland OR 97204** | **Judgment** |
| **Kenworth of Dothan, Inc vs Trans World Ocean Freignt, LLC and Les Roberts aka Leslie H Roberts, Jr and Bank of America (garnishee) Case 08-CC-19557** | **Business Debt** | **In the County Court of the 9th Judicial Circuit in and for Orange County, FL** | **Final Judgment** |
| **Fred Sampson v Silvia Castro Case 10-19461-CC-05** | **Business Debt** | **In the County Court in and for Miami-Dade County, FL** | **Final Judgment** |
| **US Bank National Association, as Trustee for CSMC ARMT 2006-3 vs Silvia Castro, et al Case 2009-85305-CA03** | **Foreclosure** | **In the Circuit Court of the 11th Judicial Circuit in and for Miami-Dade County, Florida** | **Pending** |

None ■ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5. Repossessions, foreclosures and returns**

None ☐ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Litton Loan Servicing LP PO Box 4387 Houston, TX 77210** | **2006** | **Potential deficiency from short sale of property located at 5055 Collins Ave, Apt 7A, Miami Beach, FL 33140** |

**6. Assignments and receiverships**

None ■ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ■ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7. Gifts**

None ■ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

**8. Losses**

None ■ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9. Payments related to debt counseling or bankruptcy**

None ☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **The Bankruptcy Group of Florida**<br>**1200 Brickell Ave**<br>**Suite 1950**<br>**Miami, FL 33131** | **October 2011** | **$299 Filing Fee**<br>**$1101 legal fee** |

**10. Other transfers**

None ■ a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None ■ b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11. Closed financial accounts**

None ■ List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

**12. Safe deposit boxes**

None ■ List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None ■ List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None ☐ List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| **Various Artists** | **Max in the Grove consignemnt store sells paintings for artists. Inventory changes daily** | |

**15. Prior address of debtor**

None ■ If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

Software Copyright (c) 1996-2011 CCH INCORPORATED - www.bestcase.com 

**16. Spouses and Former Spouses**

None ■ If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None ■ a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None ☐ a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

Software Copyright (c) 1996-2011 CCH INCORPORATED - www.bestcase.com

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Max in the Grove** | **8039** | **3401 Main Highway<br>Coconut Grove, FL 33133** | **Artist consignment store** | **2008 to Present** |

None ■ b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement* ***only*** *if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

**19. Books, records and financial statements**

None ■ a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|

None ■ b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|

None ■ c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|

None ■ d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|

---

**20. Inventories**

None ■ a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

None ■ b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

**21 . Current Partners, Officers, Directors and Shareholders**

None ■ a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ■ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

**22 . Former partners, officers, directors and shareholders**

None ■ a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ■ b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

**23 . Withdrawals from a partnership or distributions by a corporation**

None ■ If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**24. Tax Consolidation Group.**

None ■ If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

**25. Pension Funds.**

None ■ If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

**DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR**

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date **November 24, 2011** Signature **/s/ Leslie Howard Roberts, Jr.**
**Leslie Howard Roberts, Jr.**
Debtor

Date **November 24, 2011** Signature **/s/ Silvia Castro Roberts**
**Silvia Castro Roberts**
Joint Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

Software Copyright (c) 1996-2011 CCH INCORPORATED - www.bestcase.com Best Case Bankruptcy

 11/24/11 2:30PM

B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Southern District of Florida

In re **Leslie Howard Roberts, Jr.**
**Silvia Castro Roberts**
Debtor(s)

Case No. **11-39825**
Chapter **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>**Americas Servicing Co** | **Describe Property Securing Debt:**<br>**Surrendering 1B/1.5B investment property located at 5700 Collins Ave Apt 6K, Miami Beach, FL 33140**<br><br>**Legal: SEACOAST 5700 CONDO UNIT 6K UNDIV 0.46154 % INT IN COMMON ELEMENTS OFF REC 16778-0004 OR 21026-514 02 2003 1**<br>**Folio: 02-3211-065-** |

Property will be (check one):
■ Surrendered ☐ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
☐ Other. Explain ____________________ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
☐ Claimed as Exempt ■ Not claimed as exempt

Software Copyright (c) 1996-2011 CCH INCORPORATED - www.bestcase.com Best Case Bankruptcy

| Property No. 2 | |
|---|---|
| **Creditor's Name:**<br>**Firstbank Florida** | **Describe Property Securing Debt:**<br>**2B/2.5B Homestead property located at 5959 Collins Ave, Apt 908, Miami Beach, FL 33140**<br><br>**Legal: THE RESIDENCES AT THE BATH CLUB CONDO UNIT 908 UNDIV 0.495384391229% INT IN COMMON ELEMENTS OFF REC 23873-0015**<br>**Folio: 02-3214-030-1020**<br><br>**Dat** |

Property will be (check one):
☐ Surrendered ■ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
■ Reaffirm the debt
☐ Other. Explain ____________________ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
■ Claimed as Exempt ☐ Not claimed as exempt

| Property No. 3 | |
|---|---|
| **Creditor's Name:**<br>**Santander Consumer USA** | **Describe Property Securing Debt:**<br>**2008 Porche Cayenne**<br>**VIN WP1AA29P98LA28403**<br>**Approx 50,000 Miles** |

Property will be (check one):
☐ Surrendered ■ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
■ Reaffirm the debt
☐ Other. Explain ____________________ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
■ Claimed as Exempt ☐ Not claimed as exempt

| Property No. 4 | |
|---|---|
| **Creditor's Name:**<br>**Select Portfolio Servicing** | **Describe Property Securing Debt:**<br>**Surrendering 1B/1.5B investment property located at 5700 Collins Ave Apt 6K, Miami Beach, FL 33140**<br><br>**Legal: SEACOAST 5700 CONDO UNIT 6K UNDIV 0.46154 % INT IN COMMON ELEMENTS OFF REC 16778-0004 OR 21026-514 02 2003 1**<br>**Folio: 02-3211-065-** |

Property will be (check one):

■ Surrendered ☐ Retained

If retaining the property, I intend to (check at least one):

☐ Redeem the property
☐ Reaffirm the debt
☐ Other. Explain ____________________ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):

☐ Claimed as Exempt ■ Not claimed as exempt

**PART B -** Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>**-NONE-** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES ☐ NO |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date **November 24, 2011** Signature **/s/ Leslie Howard Roberts, Jr.**
**Leslie Howard Roberts, Jr.**
Debtor

Date **November 24, 2011** Signature **/s/ Silvia Castro Roberts**
**Silvia Castro Roberts**
Joint Debtor

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF FLORIDA

## NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b) OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

### 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

### 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

**Chapter 7: Liquidation ($245 filing fee, $46 administrative fee, $15 trustee surcharge: Total Fee $306)**

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

**Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $46 administrative fee: Total Fee $281)**

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments

over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

**Chapter 11: Reorganization ($1000 filing fee, $46 administrative fee: Total Fee $1046)**

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

**Chapter 12: Family Farmer or Fisherman ($200 filing fee, $46 administrative fee: Total Fee $246)**

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court. The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

Software Copyright (c) 1996-2011 CCH INCORPORATED - www.bestcase.com Best Case Bankruptcy

B 201B (Form 201B) (12/09)

# United States Bankruptcy Court
## Southern District of Florida

In re **Leslie Howard Roberts, Jr.**
**Silvia Castro Roberts**
Debtor(s)

Case No. **11-39825**
Chapter **7**

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

**Leslie Howard Roberts, Jr.**
**Silvia Castro Roberts**
Printed Name(s) of Debtor(s)

Case No. (if known) **11-39825**

X **/s/ Leslie Howard Roberts, Jr.** — **November 24, 2011**
Signature of Debtor — Date

X **/s/ Silvia Castro Roberts** — **November 24, 2011**
Signature of Joint Debtor (if any) — Date

**Instructions:** Attach a copy of Form B 201 A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

# United States Bankruptcy Court
## Southern District of Florida

| | | | |
|---|---|---|---|
| In re | **Leslie Howard Roberts, Jr.**<br>**Silvia Castro Roberts** | Case No. | **11-39825** |
| | Debtor(s) | Chapter | **7** |

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtors hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: **November 24, 2011**

**/s/ Leslie Howard Roberts, Jr.**
**Leslie Howard Roberts, Jr.**
Signature of Debtor

Date: **November 24, 2011**

**/s/ Silvia Castro Roberts**
**Silvia Castro Roberts**
Signature of Debtor

Software Copyright (c) 1996-2011 CCH INCORPORATED - www.bestcase.com Best Case Bankruptcy

America's Servicing Co
POB 1820
Newark, NJ 07101

America's Servicing CO
POB 10388
Des Moines, IA 50306

American Express
POB 981537
El Paso, TX 79998

American Express
PO Box 981535
El Paso, TX 79998

American Express
POB 360001
Fort Lauderdale, FL 33336-0001

American Express
POB 360002
Fort Lauderdale, FL 33336

American Express
POB 360001
Fort Lauderdale, FL 33336

American Express
PO Box 981537
El Paso, TX 79998

Americas Servicing Co
POB 10328
Des Moines, IA 50306

ASC
Return Mail Operations
POB 10388
Des Moines, IA 50306

Associated Recovery Systems
POB 469046
Escondido, CA 92046

BA Merchant Services
Attn Susan Vance KY6-200-01-32
1231 Durrett Lane
Louisville, KY 40213

Bank of America
PO Box 15025
Wilmington, DE 19850-5026

Bank of America
PO Box 15026
Wilmington, DE 19850-5026

Bank of America
POB 17054
Wilmington, DE 19850

Bank of America
4161 Piedmont Pkwy
Greensboro, NC 27410

Bank of America
POB 851001
Dallas, TX 75285

Barclays Bank
Card Servcies
POB 13337
Philadelphia, PA 19101

Barclays Bank Delaware
POB 8803
Wilmington, DE 19899

Barclays Bank Deleware
125 S West St
Wilmington, DE 19801

Barclays Bank Deleware
100 S West St
Wilmington, DE 19801

Capital Managment Srvcs, LP
726 Exhange St
Suite 700
Buffalo, NY 14210

Capital Mgmt Services
POB 120
Buffalo, NY 14220

Capital One
POB 30281
Salt Lake City, UT 84130

Capital One
PO Box 30285
Salt Lake City, UT 84130-0285

Capital One
POB 71083
Charlotte, NC 28272

Capital One
Bankruptcy
POB 85167
Richmond, VA 23285

Card Servcies
POB 13337
Philadelphia, PA 19101

Card Services
POB 8802
Wilmington, DE 19899

Chase
Cardmember Service
POB 15153
Wilmington, DE 19886-5153

Chase Bank USA
800 Brooksedge Blvd
Westerville, OH 43081

Chase Bank USA
POB 15298
Wilmington, DE 19850

Chase Bank USA
POB 15519
Wilmington, DE 19850

Citi Card
POB 6500
Sioux Falls, SD 57117

Citi Cards
POB 182564
Columbus, OH 43218-2564

Citi Cards/Citibank
POB 6500
Sioux Falls, SD 57117

Citi Cards/Citibank
POB 6497
Sioux Falls, SD 57117

Citi Cards/Citibank
POB 6241
Sioux Falls, SD 57117

Citi Merchant Services
POB 17548
Denver, CO 80217

Citi Merchant Services
5251 Westheimer Rd
Houston, TX 77056

Citibank
POB 6241
Sioux Falls, SD 57117

Citibank
701 e 60th st n
Sioux Falls, SD 57104

Citibank
Bankruptcy
POB 85167
Richmond, VA 23285

Citibank
POB 182564
Columbus, OH 43218

Citibank
POB 6500
Sioux Falls, SD 57117

Citicards
POB 183051
Columbus, OH 43218

CollectCorp
POB 101928
Dept 4947A
Birmingham, AL 35210-1928

Collectcorp Corp
455 N 3rd St, STE 260
Phoenix, AZ 85004

Credit Managment
4200 International Pkwy
Carrollton, TX 75007

Credit Managment Control Inc
POB 1654
Green Bay, WI 54305

Creditors Financial Group, LLC
3131 S Vaughn Way Ste 110
Aurora, CO 80014

Creditors Finanical Group
POB 440290
Aurora, CO 80044

Dade County Clerk's Office
Correspondence Dept
73 W Flagler St, Suite 137
Miami, FL 33130

Douglas C Zahm, PA
c/o Peter E Lanning, Esq
12425 28th St N , Suite 200
Saint Petersburg, FL 33716

Ehrenstein Charbonneau Calderin
Christoper Spuches, Esq
501 Brickell Key Dr
Suite 300
Miami, FL 33131

First Data
POB 407041
Fort Lauderdale, FL 33340

Firstbank Florida
9795 S Dixie Hwy
Miami, FL 33156

Fred Sampson
6425 SE Yamhill St
Portland, OR 97215

HSBC
POB 4144
Carol Stream, IL 60197

HSBC
POB 60167
City of Industry, CA 91716

HSBC Bank Nevada
POB 5253
Carol Stream, IL 60197

HSBC Bank Nevada
POB 5222
Carol Stream, IL 60197

IRS
POB 7346
Philadelphia, PA 19101

Kennworth of Donvan
461 Ross Clark Circle
Dothan, AL 36303

Leon Hirzel
Miami Tower
100 SE 2nd St Suite 2700
Miami, FL 33131

Litton Loan Servicing LP
4828 Loop Central Drive
Houston, TX 77081

Litton Loan Servicing LP
PO Box 4387
Houston, TX 77210

Marcadis & Associates, PA
c/o Jason Barlow, Esq
5104 S Westshore Blvd
Tampa, FL 33611

MCM
Dept 12421
POB 603
Oaks, PA 19456

MCM Credit Reporting Dept
8875 Aero Dr Suite 200
San Diego, CA 92123

Midland Credit Managment, Inc
POB 60578
Los Angeles, CA 90060

MRS Associates, Inc
1930 Olney Ave
Cherry Hill, NJ 08003

Nco Fin/09
507 Prudential Rd
Horsham, PA 19044

NCO Financial Systems, Inc
231 N Kentucky Ave, Suite HBD
Lakeland, FL 33801

NCO Financial Systems
POB 15283
Wilmington, DE 19850

NCO Financial Systems
POB 15894
Wilmington, DE 19850

NCO Financial Systems
4740 Baxter Rd
Virginia Beach, VA 23462

NCO Financial Systems
POB 17080
Wilmington, DE 19850

NCO Finanical Systems
POB 15609
Wilmington, DE 19850

Paypal Buyer Credit
POB 960080
Orlando, FL 32896

Pinnacle Credit Services
7900 Highway 7 #100
Minneapolis, MN 55426

PMAT Cocowalk, LLC
Property One, Inc
4141 Veterans Blvd
Suite 300
Metairie, LA 70002

Providian
POB 9023
Pleasanton, CA 94566

Regions Bank
POB 1984
Birmingham, AL 35201

Regions Bank
8900 SW 107 Ave
Miami, FL 33176

Regions Bank
Vital Recovery Services Inc
POB 923747
Norcross, GA 30010

Regions/AM
POB 11007
Birmingham, AL 35288

Santander Consumer USA
POB 961245
Fort Worth, TX 76161

Santander Consumer USA
8585 N Stemmons Fwy Ste 11
Dallas, TX 75247

Santander Consumer USA
Attn: Bankruptcy Dept
POB 560284
Dallas, TX 75356

Santander Consumer USA
POB 660633
Dallas, TX 75266

Select Portfolio Servicing
3815 S West Temple Ste 2000
Salt Lake City, UT 84115

Select Portfolio Servicing
10401 Deerwood Par
Jacksonville, FL 32256

Select Portfolio Servicing
POB 65250
Salt Lake City, UT 84165

Select Portfolio Servicing
POB 65450
Salt Lake City, UT 84165

Sunny Investments
2980 McFarlane Rd
Miami, FL 33133

Sunny Investments, Inc
2980 McFarlane Rd
Miami, FL 33133

Sunny Investments, Inc
2980 McFarlane Rd, Suite 201
Coconut Grove, FL 33133

United Collection Bureau, INc
5620 Southwyck Blvd Suite 206
Toledo, OH 43614

United Collection Bureau
POB 140310
Toledo, OH 43614

Wagner & Hunt, PA
POB 934788
Margate, FL 33093

Zakheim & Associates
1045 S University Dr Ste 202
Plantation, FL 33324

Zarco Einhorn Salkowski & Brito
Kaari Gagnon
Miami Tower
100 SE 2nd St, Suite 2700
Miami, FL 33131

Zarco Einhorn Salkowski & Brito PA
c/o Leon Hirzel, Esq
Miami Tower
100 SE 2nd St, Suite 2700
Miami, FL 33131