5/30/12 10:04PM

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Southern District of Florida

In re **Leslie Howard Roberts, Jr., Silvia Castro Roberts**, Debtors

Case No. **11-39825**

Chapter **7**

# SUMMARY OF SCHEDULES - AMENDED

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 989,100.00 | | |
| B - Personal Property | Yes | 4 | 62,175.41 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | 986,078.80 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 7 | | 1,453,428.44 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 6,980.33 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 7,004.05 |
| Total Number of Sheets of ALL Schedules | | 21 | | | |
| | | Total Assets | 1,051,275.41 | | |
| | | | Total Liabilities | 2,439,507.24 | |

# United States Bankruptcy Court
## Southern District of Florida

In re **Leslie Howard Roberts, Jr.,**
**Silvia Castro Roberts**, Debtors

Case No. **11-39825**

Chapter **7**

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Student Loan Obligations (from Schedule F) | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 0.00 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | 6,980.33 |
| Average Expenses (from Schedule J, Line 18) | 7,004.05 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | 6,980.33 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 203,723.35 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 0.00 |
| 4. Total from Schedule F | | 1,453,428.44 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 1,657,151.79 |

B6F (Official Form 6F) (12/07)

In re **Leslie Howard Roberts, Jr., Silvia Castro Roberts**, Debtors

Case No. **11-39825**

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **1205316540**<br>**America's Servicing Co**<br>**POB 1820**<br>**Newark, NJ 07101** | | **J** | **2009**<br>**Potential liability for deficinecy plus costs, fees, and interest** | | | | **Unknown** |
| Account No. **xx81002**<br>**American Express**<br>**POB 981537**<br>**El Paso, TX 79998** | | **J** | **2009**<br>**Credit Card** | | | | **Unknown** |
| Account No. **0-51007**<br>**American Express**<br>**PO Box 981535**<br>**El Paso, TX 79998** | | **J** | **2005**<br>**Credit Card. 3499905529102693** | | | | **33,502.75** |
| Account No. **1927041502361251**<br>**BA Merchant Services**<br>**Attn Susan Vance KY6-200-01-32**<br>**1231 Durrett Lane**<br>**Louisville, KY 40213** | | **J** | **2010**<br>**Collections** | | | | **6,777.40** |

**6** continuation sheets attached

Subtotal (Total of this page): **40,280.15**

5/30/12 10:04PM

B6F (Official Form 6F) (12/07) - Cont.

In re **Leslie Howard Roberts, Jr., Silvia Castro Roberts**, Debtors

Case No. **11-39825**

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **4888-9319-9136-8015**<br>**Bank of America**<br>**PO Box 15025**<br>**Wilmington, DE 19850-5026** | | **J** | **2006**<br>**Credit card** | | | | **4,800.00** |
| Account No. **4888-9390-1485-3616**<br>**Bank of America**<br>**PO Box 15026**<br>**Wilmington, DE 19850-5026** | | **J** | **2008**<br>**Credit Card. Collectcrop Ref# BAM 71-074384316. account 4888939999607748** | | | | **10,700.00** |
| Account No. **4888-9380-2303-9621**<br>**Bank of America**<br>**PO Box 15026**<br>**Wilmington, DE 19850-5026** | | **J** | **2004**<br>**Credit Card. NCO Financial HKW939. Account 4888938997137096. ARS number 23310589** | | | | **5,959.58** |
| Account No. **5452-1000-0053-0337**<br>**Barclays Bank Delaware**<br>**POB 8803**<br>**Wilmington, DE 19899** | | **J** | **2006**<br>**Credit Card** | | | | **16,340.00** |
| Account No. **411507821519xxxx**<br>**Capital One**<br>**POB 30281**<br>**Salt Lake City, UT 84130** | | **J** | **2004**<br>**Credit Card** | | | | **1,171.00** |

Sheet no. **1** of **6** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **38,970.58**

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com

5/30/12 10:04PM

B6F (Official Form 6F) (12/07) - Cont.

In re **Leslie Howard Roberts, Jr., Silvia Castro Roberts**, Debtors

Case No. **11-39825**

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **540979240073xxxx**<br>**Chase Bank USA**<br>**800 Brooksedge Blvd**<br>**Westerville, OH 43081** | | **J** | **2001**<br>**Credit card** | | | | **26,500.00** |
| Account No. **5179-4564-3001-8505**<br>**Chase Bank USA**<br>**800 Brooksedge Blvd**<br>**Westerville, OH 43081** | | **J** | **2004**<br>**Credit Card. MRS1895700** | | | | **1,332.00** |
| Account No. **5424-1807-7069-5366**<br>**Citi Cards**<br>**POB 182564**<br>**Columbus, OH 43218-2564** | | **J** | **Credit Card** | | | | **6,800.00** |
| Account No. **5466-1601-1766-4548**<br>**Citi Cards/Citibank**<br>**POB 6500**<br>**Sioux Falls, SD 57117** | | **J** | **2005**<br>**Credit Card** | | | | **4,510.00** |
| Account No. **334174540883**<br>**Citi Merchant Services**<br>**POB 17548**<br>**Denver, CO 80217** | | **J** | **2010**<br>**Personal liability for Business Debt plus fees, costs and interest for Coral Gables Art Gallery** | | | | **80,750.61** |

Sheet no. **2** of **6** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **119,892.61**

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com Best Case Bankruptcy

5/30/12 10:04PM

B6F (Official Form 6F) (12/07) - Cont.

In re **Leslie Howard Roberts, Jr., Silvia Castro Roberts**, Debtors

Case No. **11-39825**

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **334174540883**<br>**Citi Merchant Services**<br>**5251 Westheimer Rd**<br>**Houston, TX 77056** | | **J** | **2010**<br>**Potential personal liability of Coral Gables Gallery** | | | | **3,162.34** |
| Account No. **0374350017455178**<br>**Citibank**<br>**POB 6241**<br>**Sioux Falls, SD 57117** | | **J** | **2008**<br>**Credit card. Zakheim 300501394** | | | | **17,408.14** |
| Account No. **41812174**<br>**Credit Managment**<br>**4200 International Pkwy**<br>**Carrollton, TX 75007** | | **J** | **2009**<br>**Collections Brighthouse Networks** | | | | **175.00** |
| Account No. **Case 2009-85305-CA03**<br>**Douglas C Zahm, PA**<br>**c/o Peter E Lanning, Esq**<br>**12425 28th St N , Suite 200**<br>**Saint Petersburg, FL 33716** | | **J** | **2010**<br>**US Bank Nat Ass, as trustee for CSMC ARMT 2006-3 vs Silvia Castro, et al; In the Cir Ct of the 11th Jud Cir for Miami-Dade County, FL, plus costs, interests and fees for potential deficiency** | | | | **Unknown** |
| Account No. **Case No: 2011-09379-CA-09**<br>**Ehrenstein Charbonneau Calderin**<br>**Christoper Spuches, Esq**<br>**501 Brickell Key Dr**<br>**Suite 300**<br>**Miami, FL 33131** | | **J** | **2010**<br>**PMAT Cocowalk, LLC vs Coral Gables Galleries, Inc, Leslie H Roberts, Silvia H Castro Roberts, et al;Case2011-09379CA09; In the Cir Ct 11 Jud CirMiami Dade County, FL; personal liability for business lease plus cost fees & interest** | | | | **288,377.99** |

Sheet no. **3** of **6** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **309,123.47**

5/30/12 10:04PM

B6F (Official Form 6F) (12/07) - Cont.

In re **Leslie Howard Roberts, Jr., Silvia Castro Roberts**, Debtors

Case No. **11-39825**

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **545800010207xxxx**<br>**HSBC Bank Nevada**<br>**POB 5253**<br>**Carol Stream, IL 60197** | | **J** | **1998**<br>**Credit Card** | | | | **14,826.00** |
| Account No. **Case 1000060925**<br>**Leon Hirzel**<br>**Miami Tower**<br>**100 SE 2nd St Suite 2700**<br>**Miami, FL 33131** | | **J** | **2010**<br>**Fred Sampson vs Les Roberts; In the Cir Ct of the St of Oregon for Multnomah County plus costs, fees and interest** | | | | **8,000.00** |
| Account No. **1850xxxx**<br>**Litton Loan Servicing LP**<br>**4828 Loop Central Drive**<br>**Houston, TX 77081** | | **J** | **2006**<br>**Potential deficiency for short sale of property located at 5055 Collins Ave, Apt 7A, Miami Beach, FL 33140** | | | | **170,000.00** |
| Account No. **Case 08-CC-19557**<br>**Marcadis & Associates, PA**<br>**c/o Jason Barlow, Esq**<br>**5104 S Westshore Blvd**<br>**Tampa, FL 33611** | | **J** | **2011**<br>**Kenworth of Dothan, Inc vs Trans World Ocean Freight, LLC and Les Roberts aka Leslie H Roberts, Jr; In the County Ct 9 Jud Cir Orange County, FL personal liab for business debt plus costs, fees and interest** | | | | **10,000.00** |
| Account No. **2005333690783670668**<br>**Nco Fin/09**<br>**507 Prudential Rd**<br>**Horsham, PA 19044** | | **J** | **Credit. NCO Account A89916** | | | | **15,000.00** |

Sheet no. **4** of **6** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **217,826.00**

5/30/12 10:04PM

B6F (Official Form 6F) (12/07) - Cont.

In re **Leslie Howard Roberts, Jr., Silvia Castro Roberts**, Debtors

Case No. **11-39825**

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **2163657482284374665**<br>**NCO Financial Systems**<br>**POB 15283**<br>**Wilmington, DE 19850** | | **J** | **2010**<br>**Collections Pay Pal. NCO B03788. Funds used for consturciton buldout of business space in leased premesis. Shell only lease.** | | | | **102,459.88** |
| Account No. **IXxxxx**<br>**Pinnacle Credit Services**<br>**7900 Highway 7 #100**<br>**Minneapolis, MN 55426** | | **J** | **2010**<br>**Credit card Collections Chase Wamu** | | | | **24,584.00** |
| Account No. **4146-8501-0051-1133**<br>**Providian**<br>**POB 9023**<br>**Pleasanton, CA 94566** | | **J** | **Credit Card collections. MCM acct 8532535671** | | | | **14,037.39** |
| Account No. **529907309229xxxx 0063785662**<br>**Regions/AM**<br>**POB 11007**<br>**Birmingham, AL 35288** | | **J** | **2005**<br>**Potential liability for home equity line of credit 3rd motgage for property located at 1713 Alvarado Ct, Longwood, FL 32779** | | | | **525,000.00** |
| Account No. **277000945xxxx**<br>**Select Portfolio Servicing**<br>**3815 S West Temple Ste 2000**<br>**Salt Lake City, UT 84115** | | **J** | **2006**<br>**Potential deficiency from surrender of property located at 5700 Collins Ave, Apt 6k, Miami Beach, FL 33140** | | | | **18,954.00** |

Sheet no. **5** of **6** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **685,035.27**

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com Best Case Bankruptcy

5/30/12 10:04PM

B6F (Official Form 6F) (12/07) - Cont.

In re **Leslie Howard Roberts, Jr., Silvia Castro Roberts**, Debtors

Case No. **11-39825**

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Strategic Funding**<br>**1501 Broadway**<br>**Suite 360**<br>**New York, NY 10036** | | **J** | **Potential Personal liability for business debt of Max In the Grove, LLC** | | | | **33,300.36** |
| Account No.<br><br>**Sunny Investments**<br>**2980 McFarlane Rd**<br>**Miami, FL 33133** | | **J** | **2009**<br>**Personal liability for business debt, back rents, plus costs, fees and interest for Max in the Grove, LLC and European Fashions located at 2996 McFarlane Road, Coconut Grove, FL 33133** | | | | **Unknown** |
| Account No.<br><br>**Zakheim & Associates**<br>**1045 S University Dr Ste 202**<br>**Plantation, FL 33324** | | **J** | | | | | **0.00** |
| Account No.<br><br>**Zarco Einhorn Salkowski & Brito**<br>**Kaari Gagnon**<br>**Miami Tower**<br>**100 SE 2nd St, Suite 2700**<br>**Miami, FL 33131** | | **J** | **Personal liability for business debt with Romero Britto and Britto Central plus costs, fees and interest** | | | | **9,000.00** |
| Account No. **Case 10-19461-CC05 100016449S**<br><br>**Zarco Einhorn Salkowski & Brito PA**<br>**c/o Leon Hirzel, Esq**<br>**Miami Tower**<br>**100 SE 2nd St, Suite 2700**<br>**Miami, FL 33131** | | **J** | **2011**<br>**Fred Sampson vs Silvia Castro; Case 10-19461-CC-05; In the County Ct Miami Dade, FL; and Case 100016449S Cir Ct Mutnomah County, Oregon, plus costs fees and interest** | | | | **Unknown** |

Sheet no. **6** of **6** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal (Total of this page) | **42,300.36** |
| Total (Report on Summary of Schedules) | **1,453,428.44** |

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com 

B6G (Official Form 6G) (12/07)

In re **Leslie Howard Roberts, Jr., Silvia Castro Roberts**, Debtors

Case No. **11-39825**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES - AMENDED

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Strategic Funding**<br>**1501 Broadway**<br>**Suite 360**<br>**New York, NY 10036** | **Executory Contract for Merchants Agreement for Purchase and Sale of Future Receivables with Strategic Funding Source, Inc** |
| **Sunny Investments**<br>**2980 McFarlane Rd**<br>**Miami, FL 33133** | **Release personal liability for business lease of Max in the Grove. $8700 per month. $90,000 Plus behind in rent** |

**0** continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com

5/30/12 10:04PM

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Southern District of Florida

In re **Leslie Howard Roberts, Jr.**
**Silvia Castro Roberts**
Debtor(s)

Case No. **11-39825**
Chapter **7**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES - AMENDED

DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of **23** sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date **May 30, 2012** Signature **/s/ Leslie Howard Roberts, Jr.**
**Leslie Howard Roberts, Jr.**
Debtor

Date **May 30, 2012** Signature **/s/ Silvia Castro Roberts**
**Silvia Castro Roberts**
Joint Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

5/30/12 10:04PM

B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Southern District of Florida

In re **Leslie Howard Roberts, Jr.**
**Silvia Castro Roberts**
Debtor(s)

Case No. **11-39825**
Chapter **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION - AMENDED

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>**Americas Servicing Co** | **Describe Property Securing Debt:**<br>**Surrendering 1B/1.5B investment property located at 5700 Collins Ave Apt 6K, Miami Beach, FL 33140**<br><br>**Legal: SEACOAST 5700 CONDO UNIT 6K UNDIV 0.46154 % INT IN COMMON ELEMENTS OFF REC 16778-0004 OR 21026-514 02 2003 1**<br>**Folio: 02-3211-065-** |

Property will be (check one):
■ Surrendered ☐ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
☐ Other. Explain ____________________ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
☐ Claimed as Exempt ■ Not claimed as exempt

Software Copyright (c) 1996-2012 CCH INCORPORATED - www.bestcase.com Best Case Bankruptcy

| Property No. 2 | |
|---|---|
| **Creditor's Name:**<br>**Firstbank Florida** | **Describe Property Securing Debt:**<br>**2B/2.5B Homestead property located at 5959 Collins Ave, Apt 908, Miami Beach, FL 33140**<br><br>**Legal: THE RESIDENCES AT THE BATH CLUB CONDO UNIT 908 UNDIV 0.495384391229% INT IN COMMON ELEMENTS OFF REC 23873-0015**<br>**Folio: 02-3214-030-1020**<br><br>**Dat** |

Property will be (check one):

☐ Surrendered ■ Retained

If retaining the property, I intend to (check at least one):

☐ Redeem the property

■ Reaffirm the debt

☐ Other. Explain ____________________ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):

■ Claimed as Exempt ☐ Not claimed as exempt

| Property No. 3 | |
|---|---|
| **Creditor's Name:**<br>**Santander Consumer USA** | **Describe Property Securing Debt:**<br>**2008 Porche Cayenne**<br>**VIN WP1AA29P98LA28403**<br>**Approx 50,000 Miles** |

Property will be (check one):

☐ Surrendered ■ Retained

If retaining the property, I intend to (check at least one):

☐ Redeem the property

■ Reaffirm the debt

☐ Other. Explain ____________________ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):

■ Claimed as Exempt ☐ Not claimed as exempt

| Property No. 4 | |
|---|---|
| **Creditor's Name:**<br>**Select Portfolio Servicing** | **Describe Property Securing Debt:**<br>**Surrendering 1B/1.5B investment property located at 5700 Collins Ave Apt 6K, Miami Beach, FL 33140**<br><br>**Legal: SEACOAST 5700 CONDO UNIT 6K UNDIV 0.46154 % INT IN COMMON ELEMENTS OFF REC 16778-0004 OR 21026-514 02 2003 1**<br>**Folio: 02-3211-065-** |

Property will be (check one):
■ Surrendered ☐ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
☐ Other. Explain ____________________ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
☐ Claimed as Exempt ■ Not claimed as exempt

**PART B -** Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>**Strategic Funding** | **Describe Leased Property:**<br>**Executory Contract for Merchants Agreement for Purchase and Sale of Future Receivables with Strategic Funding Source, Inc** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES ■ NO |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date **May 30, 2012** Signature **/s/ Leslie Howard Roberts, Jr.**
**Leslie Howard Roberts, Jr.**
Debtor

Date **May 30, 2012** Signature **/s/ Silvia Castro Roberts**
**Silvia Castro Roberts**
Joint Debtor

Software Copyright (c) 1996-2012 CCH INCORPORATED - www.bestcase.com Best Case Bankruptcy