B6F (Official Form 6F) (12/07)

In re **Leslie Howard Roberts, Jr.,**
**Silvia Castro Roberts**,
Debtors

Case No. **11-39825-LMI**

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **12-23550 CA(42)**<br>**Edmundo Gugliotta 2100 Ponce De Leon Blvd Ste 1175 Coral Gables, FL 33134** | **X** | **J** | **05.15.2010 Complaint for damages arising from the purchase of art** | **X** | **X** | **X** | **Unknown** |
| Account No.<br>**Edmundo Gugliotta 2050 Coral Way Ste 601 Miami, FL 33145** | | | **Representing: Edmundo Gugliotta** | | | | **Notice Only** |
| Account No.<br>**Edmundo Gugliotta 9660 SW 146 St Miami, FL 33176** | | | **Representing: Edmundo Gugliotta** | | | | **Notice Only** |
| Account No.<br>**Edmundo Gugliotta c/o Firm of Lorenzen Law, P.A. 150 Alhambra Cir Ste 1220 Coral Gables, FL 33134** | | | **Representing: Edmundo Gugliotta** | | | | **Notice Only** |

**1** continuation sheets attached

Subtotal (Total of this page) **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Leslie Howard Roberts, Jr., Silvia Castro Roberts**, Debtors

Case No. **11-39825-LMI**

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **13CV00197**<br>**Ryan Mack**<br>**Griffin Galleries**<br>**5222 W 78 St**<br>**Edina, MN 55435** | **X** | **J** | **05/15/2009**<br>**Complaint for Violation of RICO Act** | **X** | **X** | **X** | **Unknown** |
| Account No.<br>**Ryan Mack**<br>**c/o The Lowden Law Firm, LLC**<br>**5101 Thimsen Ave**<br>**Ste 204**<br>**Minnetonka, MN 55345** | | | **Representing:**<br>**Ryan Mack** | | | | **Notice Only** |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. **1** of **1** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal (Total of this page) | **0.00** |
| Total (Report on Summary of Schedules) | **0.00** |

B6H (Official Form 6H) (12/07)

In re **Leslie Howard Roberts, Jr., Silvia Castro Roberts**, Debtors — Case No. **11-39825-LMI**

# SCHEDULE H - CODEBTORS - AMENDED

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Britto Central, Inc.<br>818 Lincoln Rd<br>Miami Beach, FL 33139** | **Ryan Mack<br>Griffin Galleries<br>5222 W 78 St<br>Edina, MN 55435** |
| **Coral Gables Galleries, Inc.<br>293 Miracle Mile<br>Coral Gables, FL 33134** | **Ryan Mack<br>Griffin Galleries<br>5222 W 78 St<br>Edina, MN 55435** |
| **Magical Thinking Art, Inc.<br>818 Lincoln Rd<br>Miami Beach, FL 33139** | **Ryan Mack<br>Griffin Galleries<br>5222 W 78 St<br>Edina, MN 55435** |
| **Max In The Grove, LLC<br>2996 McFraland Rd<br>Miami, FL 33133** | **Edmundo Gugliotta<br>2100 Ponce De Leon Blvd.<br>Ste 1175<br>Coral Gables, FL 33134** |
| **Max In The Grove, LLC<br>2996 McFraland Rd<br>Miami, FL 33133** | **Ryan Mack<br>Griffin Galleries<br>5222 W 78 St<br>Edina, MN 55435** |
| **Romero Britto<br>818 Lincoln Rd<br>Miami Beach, FL 33139** | **Ryan Mack<br>Griffin Galleries<br>5222 W 78 St<br>Edina, MN 55435** |
| **Via Max, Inc.<br>5959 Collins Ave<br>Miami Beach, FL 33140** | **Edmundo Gugliotta<br>2100 Ponce De Leon Blvd.<br>Ste 1175<br>Coral Gables, FL 33134** |

**0** continuation sheets attached to Schedule of Codebtors

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Southern District of Florida

In re **Leslie Howard Roberts, Jr.**
**Silvia Castro Roberts**
Debtor(s)

Case No. **11-39825-LMI**
Chapter **7**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES - AMENDED

DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of **3** sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date **February 15, 2013** Signature ***/s/* Leslie Howard Roberts, Jr.**
**Leslie Howard Roberts, Jr.**
Debtor

Date **February 15, 2013** Signature ***/s/* Silvia Castro Roberts**
**Silvia Castro Roberts**
Joint Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

**United States Bankruptcy Court**
**Southern District of Florida**

In re **Leslie Howard Roberts, Jr.**
**Silvia Castro Roberts**
Debtor(s)

Case No. **11-39825-LMI**
Chapter **7**

# VERIFICATION OF CREDITOR MATRIX - AMENDED

The above-named Debtors hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: **February 15, 2013**

**/s/ Leslie Howard Roberts, Jr.**
**Leslie Howard Roberts, Jr.**
Signature of Debtor

Date: **February 15, 2013**

**/s/ Silvia Castro Roberts**
**Silvia Castro Roberts**
Signature of Debtor

Edmundo Gugliotta
2100 Ponce De Leon Blvd
Ste 1175
Coral Gables, FL 33134

Edmundo Gugliotta
2050 Coral Way
Ste 601
Miami, FL 33145

Edmundo Gugliotta
9660 SW 146 St
Miami, FL 33176

Edmundo Gugliotta
c/o Firm of Lorenzen Law, P.A.
150 Alhambra Cir
Ste 1220
Coral Gables, FL 33134

Ryan Mack
Griffin Galleries
5222 W 78 St
Edina, MN 55435

Ryan Mack
c/o The Lowden Law Firm, LLC
5101 Thimsen Ave
Ste 204
Minnetonka, MN 55345